Brenna E. Erlbaum (SBN: 296390)
Brian Heit (SBN: 302474)
HEIT ERLBAUM, LLP
6320 Canoga Avenue, 15th Floor
Woodland Hills, CA 91367
[phone]: (805) 231.9798
Brenna.Erlbaum@HElaw.attorney
Brian.heit@HElaw.attorney
Attorneys for Plaintiff

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**
**SACRAMENTO**

| | |
|---|---|
| MALIBU MEDIA, LLC, <br><br> Plaintiff, <br><br> vs. <br><br> JOHN DOE subscriber assigned IP address 50.197.172.9, <br><br> Defendant. | Case Number: 2:16-cv-00338-JAM-KJN <br><br> **PLAINTIFF'S FIRST MOTION FOR EXTENSION OF TIME WITHIN WHICH IT HAS TO SERVE DEFENDANT WITH A SUMMONS AND COMPLAINT** |

THIS CAUSE came before the Court upon Plaintiff's First Motion for Extension of Time Within Which it Has to Serve Defendant with a Summons and Complaint (the"Motion"), and the Court being duly advised in the premises does hereby:

ORDER AND ADJUDGE: Plaintiff's Motion is granted. Plaintiff shall have until October 10, 2016 to effectuate service of a summons and complaint on Defendant.

SO ORDERED this 18th day of May, 2016

By: /s/ John A. Mendez
**UNITED STATES DISTRICT JUDGE**